IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TULCAN MANAGEMENT, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-3503 |
| | § | |
| TALLEDEGA CASTING & MACHINE CO., *et al.*, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the plaintiff's notice of dismissal, (Docket Entry No. 10), this action is dismissed without prejudice.

SIGNED on January 15, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge